UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re ST. PAUL TRAVELERS SECURITIES LITIGATION | ) Civ. No. 04cv3801 (JRT/FLN) <br> ) <br> ) <br> ) <br> ) <br> ) MOTION FOR FINAL <br> ) APPROVAL OF SETTLEMENT, <br> ) PLAN OF ALLOCATION AND <br> ) CERTIFICATION OF <br> ) SETTLEMENT CLASS <br> ) |

Plaintiff hereby moves this Court for Entry of a Order:

(a) granting final approval of the proposed Settlement;

(b) approving the Plan of Allocation of the Settlement Fund;

(c) certifying a settlement class; and

(d) granting plaintiffs' petition for attorneys' fees and reimbursement of expenses.

This motion will be based on all pleadings, files and records herein, including the accompanying memoranda of law and supporting documents.

Respectfully submitted,

Dated: December 23, 2005

s/Renae D. Steiner
Daniel E. Gustafson (#202241)
Renae D. Steiner (#222392)
**Gustafson Gluek PLLC**
650 Northstar East
608 Second Avenue South
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622

4731

1

        Thomas A. Dubbs
        Lynda J. Grant
        Jonathan R. Adams
        **Labaton Sucharow & Rudoff LLP**
        100 Park Avenue
        New York, New York 10017
        Telephone: (212) 907-0700
        Facsimile: (212) 818-0477

        **ATTORNEYS FOR LEAD**
        **PLAINTIFF AND THE CLASS**

Of Counsel:

    William H. Carpenter
    **Carpenter & Stout, Ltd.**
    1600 University Blvd., N.E.
    Albuquerque, New Mexico 87102
    Telephone: (505) 243-1336
    Facsimile: (505) 243-1339

4731                         2

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re ST. PAUL TRAVELERS<br>SECURITIES LITIGATION | ) Civ. No. 04cv3801 (JRT/FLN)<br>)<br>)<br>)<br>)<br>) MOTION FOR FINAL<br>) APPROVAL OF SETTLEMENT,<br>) PLAN OF ALLOCATION AND<br>) CERTIFICATION OF<br>) SETTLEMENT CLASS<br>) |

Plaintiff hereby moves this Court for Entry of a Order:

(a)  granting final approval of the proposed Settlement;

(b)  approving the Plan of Allocation of the Settlement Fund;

(c)  certifying a settlement class; and

(d)  granting plaintiffs' petition for attorneys' fees and reimbursement of expenses.

This motion will be based on all pleadings, files and records herein, including the accompanying memoranda of law and supporting documents.

Respectfully submitted,

Dated: December 23, 2005

_____
Daniel E. Gustafson (#202241)
Renae D. Steiner (#222392)
**Gustafson Gluek PLLC**
650 Northstar East
608 Second Avenue South
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622

4731

1

Thomas A. Dubbs
Lynda J. Grant
Jonathan R. Adams
**Labaton Sucharow & Rudoff LLP**
100 Park Avenue
New York, New York 10017
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

**ATTORNEYS FOR LEAD
PLAINTIFF AND THE CLASS**

Of Counsel:

William H. Carpenter
**Carpenter & Stout, Ltd.**
1600 University Blvd., N.E.
Albuquerque, New Mexico 87102
Telephone: (505) 243-1336
Facsimile: (505) 243-1339