UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| In re ST. PAUL TRAVELERS SECURITIES LITIGATION )<br>)<br>———————————————————— )<br>This Document Relates To: )<br>    ALL ACTIONS )<br>) | Master File No. 04-CV-3801-JRT-FLN<br><br>**SUPPLEMENTAL STIPULATION OF SETTLEMENT** |

WHEREAS, the parties wish to clarify their intent as to the definition of Settlement Class as defined in the Stipulation of Settlement;

IT IS NOW HEREBY STIPULATED AND AGREED AS FOLLOWS:

1. The Stipulation of Settlement is hereby supplemented to reflect that it was the original intention of the parties that, with the exception of Individual Defendants, any Defendants' officer, employee, agent and any Defendants' employee stock ownership plan, including 401(k) plans, were not excluded from the definition of "Settlement Class" contained in paragraph 1.21 of the Stipulation of Settlement.

2. Given the definition of "Settlement Class" contained in paragraph 1.21 of the Stipulation of Settlement and how it relates to the definition of "Related Parties" contained in paragraph 1.18 of the Stipulation of Settlement, paragraph 1.18 of the Stipulation of Settlement shall be interpreted by the parties, any claims administrator employed by the parties and any other persons, as follows:

> Except for Individual Defendants, any Defendants' officers, employees, agents and any Defendants' employee stock ownership plans, including any 401(k) plans, shall be excluded from the definition of "Related Parties" as that term is used in ¶ 1.21 herein, ¶ 6 of the Notice of Pendency and ¶ 5 of the Proposed Final Order and Judgment.

1

3. Counsel for the Lead Plaintiff will direct the Claims Administrator to deem as timely all claim forms that are received subsequent to January 23, 2006 (the claim date set forth in the Notice of Pendency of Class Action) but before March 31, 2006.

SIMPSON THACHER & BARTLETT LLP

By: /s/ Paul C. Curnin
Paul C. Curnin, Esq.

425 Lexington Avenue
New York, New York 10017-3954
(P) 212-455 2519
(F) 212-455-2502

*Attorneys for Defendants*

LABATON SUCHAROW & RUDOFF LLP

By: /s/ Thomas A. Dubbs
Thomas A. Dubbs, Esq.

100 Park Avenue, 12th Floor
New York, New York 10017-5563
(P) 212-907-0700
(F) 212-818-0477

*Attorneys for Lead Plaintiff and the Settlement Class*