## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

**In re ST. PAUL TRAVELERS.**

**SECURITIES LITIGATION**

This Document Relates To:

ALL ACTIONS

Civil. No. 04-3801 (JRT/FLN)

**ORDER TO AUTHORIZE LEAD PLAINTIFFS' SECOND DISTRIBUTION OF THE NET SETTLEMENT FUND AND RELATED MATTERS**

---

WHEREAS Lead Plaintiffs, on behalf of the Settlement Class, have moved this Court, pursuant to Rule 23 of the Federal Rules of Civil Procedure, for an order to: (a) authorize a second distribution of the Net Settlement Fund to certain newly eligible or late claimants; (b) declare that claims associated with outstanding checks that were uncashed or undeliverable be deemed invalid, in order to allow the proposed second distribution; (c) authorize a payment to the Claims Administrator, The Garden City Group, Inc. ("GCG"), in the amount of $100,000.00 to be paid from the Net Settlement Fund; and (d) authorize that any residual unclaimed balance remaining in the Net Settlement Fund after the date of distribution be donated, in equal part, to two charities, specifically ShareOwners.org, a private, nonsectarian, not-for-profit organization with Internal Revenue Code § 501(c)(3) tax deductible status, as well as a portion to the Federal Bar Association *Pro Se* Project, and good cause appearing therefore, the Court hereby **ORDERS** as follows:

1.      The motion is granted in its entirety [Docket No. 126].

2.      The Net Settlement Fund shall be distributed to fifty-one (51) late filed claims that have been determined to be eligible and nineteen (19) claims that had been deemed deficient but have since been "cured" by the submission of additional documentation and are now eligible.   The funds will be distributed to these newly eligible or late claimants consistent with a reduced proration based on the Total Recognized Loss for these claims and the total amount remaining for distribution as set forth in Exhibit A to the Affidavit of Stephen J. Cirami, dated October 2, 2009.

3.      Claims associated with the outstanding checks from the first distribution that were uncashed or undeliverable are hereby deemed invalid and shall be canceled, as Lead Plaintiffs and GCG believe further efforts to distribute these checks would be futile.

4.      GCG shall be paid fees and expenses from the Net Settlement Fund in the total amount of $100,000.00.

5.      Any residual, unclaimed balance remaining in the Net Settlement Fund after the date of the second distribution, shall be distributed equally  to ShareOwners.org, a private, nonsectarian, not-for-profit organization with Internal Revenue Code § 501(c)(3) tax deductible status and the Federal Bar Association *Pro Se* Project.

IT IS SO ORDERED.


Dated: December 18, 2009
at Minneapolis, Minnesota                                  _____s/ John R. Tunheim_____
                                                                            JOHN R. TUNHEIM
                                                                    United States District Judge